IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Action No. 07-mj-00029-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASEY BALLIEU,

    Defendant.

---

## PRELIMINARY HEARING ORDER

---

    On November 7, 2007 the Defendant Casey Ballieu appeared in the United States District Court for the District of Colorado, in Grand Junction, Colorado, for an initial appearance in accordance with Rule 5 of the Federal Rules of Criminal Procedure after an arrest on a warrant from the District of Wyoming.

    The Defendant returned to the court on December 11, 2007, with counsel Stephen Laiche, for identity hearing, preliminary hearing and detention hearing. The government was represented by Wyatt Angelo.

    Pursuant to Rule 5.1(b) of the Federal Rules of Criminal Procedure, a Defendant who is entitled to a preliminary hearing and who is arrested in a district other than where the offense was allegedly committed may elect to have the preliminary hearing conducted in the district where the prosecution is pending.

    The Defendant has elected to have the preliminary hearing held in the prosecuting district. The preliminary hearing in this matter is therefore set for December 17, 2007 at 1:00 PM at the United States District Court for the District of Wyoming in Casper, Wyoming before the Honorable R. Michael Shickich.

    Done this 12th day of December, 2007, *nunc pro tunc* December 11, 2007.

    BY THE COURT:

    s/ Gudrun J. Rice

    Gudrun J. Rice
    United States Magistrate Judge